IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| SHOWING ANIMALS | ) | Civil Action No. 1:08-cv-03314 |
| | ) | |
| RESPECT AND KINDNESS, | ) | |
| | ) | |
| Plaintiff, | ) | NOTICE OF APPEARANCE |
| | ) | |
| v. | ) | |
| PROFESSIONAL RODEO | ) | |
| | ) | |
| COWBOYS ASSOCIATION, | ) | |
| Defendant. | ) | |
| | ) | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, NOTICE IS HEREBY GIVEN THAT

> Corynne McSherry (SBN 221504)
> ELECTRONIC FRONTIER FOUNDATION
> 454 Shotwell Street
> San Francisco, CA 94110
> Telephone: (415) 436-9333
> Facsimile: (415) 436-9993

enters her appearance as attorney of record, in addition to the other listed attorneys of record, for Plaintiff SHOWING ANIMALS RESPECT AND KINDNESS.

Dated: July 30, 2008

Respectfully submitted,

FOR SHOWING ANIMALS RESPECT AND KINDNESS

　　　　　　　　　　/s/　　　　　　
Corynne McSherry
Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333 x122
Facsimile: (415) 436-9993