UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SHOWING ANIMALS RESPECT AND
KINDNESS                                                          :

                Plaintiff,    :

                      Civil Action No: 1:08-cv-03314

         v.                          :

                      Judge Marvin E. Aspen

PROFESSIONAL RODEO COWBOYS                                        :
ASSOCIATION                                                               Magistrate Judge Maria Valdez

                      :

                Defendant.

                      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**AGREED MOTION FOR AN EXTENSION OF TIME TO
ANSWER OR OTHERWISE PLEAD IN RESPONSE TO THE COMPLAINT
AND TO RESET HEARING DATE PENDING SETTLEMENT DISCUSSIONS**

Defendant Professional Rodeo Cowboys Association ("PRCA") respectfully moves this Court, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an extension of time to answer or otherwise plead in response to the complaint from September 2, 2008 to October 3, 2008, pending the outcome of settlement discussions. PRCA further moves for the status hearing set for August 29, 2008 at 10:30 a.m. to be reset to September 19, 2008 at 10:30 a.m. In support of its motion, PRCA states as follows:

     1.    On June 9, 2008, Showing Animals Respect and Kindness ("SHARK" or "Plaintiff") filed a complaint ("Complaint") with this Court against PRCA pursuant to 17 U.S.C. § 101, *et seq*.

     2.    On July 22, 2008, the Honorable Marvin E. Aspen reset the status hearing scheduled for July 31, 2008 to August 29, 2008 at 10:30 a.m.

3. PRCA's registered agent accepted service on the complaint and summons on August 12, 2008.

4. The parties have since commenced discussions to determine whether a mutually agreeable outcome can be achieved without the necessity of further litigation.

5. In order to allow the parties to focus on those discussions, PRCA therefore seeks: (1) an extension of time to answer or otherwise plead in response to the Complaint to October 3, 2008; and (2) to reset the status hearing currently scheduled for August 29, 2008 at 10:30 a.m. to September 19, 2008 at 10:30 a.m., or such other time as this Court deems appropriate.

6. Neither an extension of PRCA's time to answer or otherwise plead in response to the Complaint nor the postponement of the status hearing would prejudice Plaintiff. Indeed, counsel for Plaintiff has agreed to the relief sought by this motion.

**CONCLUSION**

WHEREFORE, for the reasons set forth above, PRCA respectfully requests that this Court grant this Agreed Motion for An Extension of Time to Answer or Otherwise Plead In Response to the Complaint and to Reset Hearing Date Pending Settlement Discussions.

Dated:  August 25, 2008                                        Respectfully Submitted,
        Chicago, Illinois

                                                     /s/  Justin L. Heather
Of Counsel:                                                              Christina M. Tchen
                                                     Justin L. Heather
Anthony J. Dreyer                                                SKADDEN, ARPS, SLATE,
C. Scott Lent                                                           MEAGHER & FLOM LLP
SKADDEN, ARPS, SLATE,                                 333 West Wacker Drive
  MEAGHER & FLOM LLP                                 Chicago, IL 60606
Four Times Square                                                Telephone: (312) 407-0700
New York, NY 10036                                           Facsimile: (312) 407-0411
Telephone: (212) 735-3000
Facsimile: (212) 735-2000/1

*Counsel for Defendant*
*Professional Rodeo Cowboys Association*

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on August 25, 2008, he caused a true and correct copy of the attached Agreed Motion for An Extension of Time to Answer or Otherwise Plead In Response to the Complaint Pending Settlement Discussions to be served via the CM/ECF System upon:

Charles Lee Mudd, Jr.　　　　　　　　　　　Michael Kwun
Mudd Law Offices　　　　　　　　　　　　　Corynne McSherry
3114 West Irving Park Road, Suite 1W　　　　Electronic Frontier Foundation
Chicago, IL 60618　　　　　　　　　　　　　454 Shotwell Street
cmudd@muddlawoffices.com　　　　　　　　San Francisco, CA 94110
　　　　　　　　　　　　　　　　　　　　　coryenne@eff.org


Dated: August 25, 2008　　　　　　　　　　 /s/ Justin L. Heather
　　　　　　　　　　　　　　　　　　　　　Justin L. Heather