**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SHOWING ANIMALS RESPECT AND
KINDNESS                                          :

                 Plaintiff,        :

                                     Civil Action No: 1:08-cv-03314

          v.                              :

                                       Judge Marvin E. Aspen

PROFESSIONAL RODEO COWBOYS              :
ASSOCIATION                                       Magistrate Judge Maria Valdez

                                 :

                Defendant.       :

                                 :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**<u>NOTICE OF MOTION</u>**

TO:     Counsel on the attached certificate of Service.

       PLEASE TAKE NOTICE that on August 28, 2008, at 10:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Marvin E. Aspen, or any judge sitting in his stead in Courtroom 1300, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present the Agreed Motion For An Extension Of Time To Answer Or Otherwise Plead In Response To The Complaint And To Reset Hearing Date Pending Settlement Discussions.

Dated:  August 25, 2008                          Respectfully Submitted,
       Chicago, Illinois


                                  /s/ Justin L. Heather
Of Counsel:                                              Christina M. Tchen
                                                         Justin L. Heather
Anthony J. Dreyer                                        SKADDEN, ARPS, SLATE,
C. Scott Lent                                              MEAGHER & FLOM LLP
SKADDEN, ARPS, SLATE,                                    333 West Wacker Drive
  MEAGHER & FLOM LLP                                     Chicago, IL 60606
Four Times Square                                        Telephone: (312) 407-0700
New York, NY 10036                                       Facsimile:  (312) 407-0411
Telephone: (212) 735-3000
Facsimile:  (212) 735-2000


*Counsel for Defendant*
*Professional Rodeo Cowboys Association*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney hereby certifies that on August 25, 2008, he caused a true and correct copy of the attached Notice of Motion to be served via the CM/ECF System upon:

Charles Lee Mudd, Jr.
Mudd Law Offices
3114 West Irving Park Road, Suite 1W
Chicago, IL 60618
cmudd@muddlawoffices.com

Michael Kwun
Corynne McSherry
Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110
coryenne@eff.org


/s/ Justin L. Heather
Justin L. Heather