**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Showing Animals Respect And Kindness

                                        Plaintiff,

v.                                                          Case No.: 1:08−cv−03314
                                                            Honorable Marvin E. Aspen

Professional Rodeo Cowboys Association

                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 25, 2008:

        MINUTE entry before the Honorable Marvin E. Aspen dated 8/25/08:Agreed
Motion for an extension of time to answer [13] or otherwise plead in response to the
complaint and to reset hearing date pending settlement discussions is granted. Motion
terminated. Defendants are given up to and including 10/3/08, in which to answer or
otherwise plead to plaintiff's complaint. The status hearing set for 8/29/08 is reset to
10/9/2008 at 10:30 AM. The motion hearing set for 8/28/08 is stricken. Judicial staff
mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.